IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–34–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY RILEY SMITH, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 23.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Smith is charged with three counts of sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a) (Counts I–III), one count of transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1) (Count IV), and two counts of distribution and receipt of child pornography, in violation of 18 U.S.C. §

1

2252(a)(2) (Counts V–VI), as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Smith's guilty plea as to Counts I and II after Smith appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 23) is ADOPTED in full.

IT IS FURTHER ORDERED that Smith's motion to change plea (Doc. 16) is GRANTED.

IT IS FURTHER ORDERED that Smith is adjudged guilty as charged in Counts I and II of the Indictment.

DATED this 14th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court